**No. P68/280.**—W. R. Zanes & Co. et al. *v.* United States, protests 58/10496, etc. (Houston).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicyles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. P68/281.**—National Carloading et al. *v.* United States, protests 59/13103, etc. (Los Angles).

**No. P68/282.**—Oxford Intnl. Corp. and National Carloading Corp. et al. v. United States, protests 59/23876, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 26, 1968

**No. P68/283.**—Castelazo & Associates and Carrara Marble Co. et al. *v.* United States, protests 58/21311(A), etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.